IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANTHONY R. HUGHES,                    )
                                      )
                  Plaintiff,          )
                                      )        Civil Case No.  07-1850-JE
            v.                        )
                                      )              O R D E R
MICHAEL J. ASTRUE,                    )
Commissioner of Social Security,      )
                                      )
                  Defendant.          )
_____ )

        David B. Lowry
        Columbia Business Center, Suite 235
        9900 SW Greenburg Road
        Portland, Oregon  97223

                Attorney for Plaintiff

        Kent Robinson
        Acting United States Attorney
        District of Oregon
        Adrian L. Brown
        Assistant United States Attorney
        1000 SW Third Avenue, Suite 600
        Portland, Oregon  97204-2902

Page 1 - ORDER

Leisa A. Wolf
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

Attorneys for Defendant

KING, Judge:

The Honorable John Jelderks, United States Magistrate Judge, filed Findings and

Recommendation on September 9, 2009.  The matter is before this court.  See 28 U.S.C. §

636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me

of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd.,

700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708

F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT  Magistrate Judge Jelderks' Findings and Recommendation (#39)

dated September 9, 2009 in its entirety.

IT IS HEREBY ORDERED that the Commissioner's decision is affirmed.

DATED this ___29th___ day of September, 2009.

　　　　　　　　 /s/ Garr M. King_____
　　　　　　　　　　　　GARR M. KING
　　　　　　　　　　 United States District Judge