IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| ANTHONY R. HUGHES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No.  07-1850-JE |
| v. | ) | |
| | ) | JUDGMENT |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

David B. Lowry
Columbia Business Center, Suite 235
9900 SW Greenburg Road
Portland, Oregon  97223

       Attorney for Plaintiff

Kent Robinson
Acting United States Attorney
District of Oregon
Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902

Page 1 - JUDGMENT

Leisa A. Wolf
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

    Attorneys for Defendant

KING, Judge:

By Order issued September 29, 2009, this court ADOPTED the Findings and Recommendation of Magistrate Jelderks.  Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED.

Dated this   29th   day of September, 2009.

      /s/ Garr M. King
      Garr M. King
      United States District Judge

Page 2 - JUDGMENT