IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

Anthony R. Hughes,                                    No. CV-07-1850-JE

            Plaintiff,                         ORDER

   v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

            Defendant.

David B. Lowry
Attorney at Law
9900 SW Greenburg Road, Suite 130
Portland, OR 97223

        Attorneys for Plaintiff

Adrian L. Brown
U.S. Attorney's Office, District of Oregon
1000 SW Third Avenue, Suite 600
Portland, OR 97204

Mathew W. Pile
Social Security Administration
Office of the General Counsel

1 - ORDER

701 Fifth Avenue, Suite 2900, M/S 221A
Seattle, WA 98104

        Attorneys for Defendant

HERNANDEZ, District Judge:

Magistrate Judge Jelderks issued a Findings and Recommendation (# 54) on March 29, 2011, in which he recommends that this Court deny Plaintiff's motion to recover Equal Access to Justice Act attorney fees and costs (# 47). The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks' Findings and Recommendation (# 54). Accordingly, Plaintiff's motion to recover EAJA attorney fees and costs (# 47) is DENIED.

IT IS SO ORDERED.

DATED this 18th day of April, 2011.

                                    /s/ Marco A. Hernandez
                                  MARCO A. HERNANDEZ
                                  United States District Judge